UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| Woodbridge Group of Companies, LLC ) | Case No. 17-12560-BLS |
| ) | |
| Debtor(s) ) | Adv. Proc. No. 19-50977-BLS |
| ) | |
| Michael Goldberg ) | |
| ) | MEDIATION STATUS REPORT |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| Randy Robertson ) | |
| Defendant(s) ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated December 4, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than March 4, 2021 *(insert date)* for the following reason(s):

- [✔] A mediation session is scheduled to occur on March 4, 2021.

- [ ] A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

- [ ] OTHER:

Dated: January 18, 2021

_Leslie A. Berkoff_
Signature of Mediator

Leslie A. Berkoff
Name of Mediator

400 Garden City Plaza
Mailing Address

Garden City, NY 11530
City, State, Zip Code

516-873-2000
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)